UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARLA WU, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE & CO., a Delaware Corporation, and DOES 1 through 60, inclusive,<br><br>    Defendants. | No. 2:19-cv-00363 JAK (SKx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE (DKT. 49)** |

Based on a review of the Stipulation of Dismissal with Prejudice (the "Stipulation" (Dkt. 49)), sufficient good cause has been shown for the requested relief. Therefore, the Stipulation is **APPROVED**. This action is hereby dismissed with prejudice in its entirety. Each party shall bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

Dated: May 10, 2021

John A. Kronstadt
United States District Judge